898

No. 79-1777. COMPLETE AUTO TRANSIT, INC., ET AL. *v.* REIS ET AL. C. A. 6th Cir. Certiorari granted.

No. 80-169. UNITED PARCEL SERVICE, INC. *v.* MITCHELL ET AL. C. A. 2d Cir. Certiorari granted.

No. 80-180. McDANIEL ET AL. *v.* SANCHEZ ET AL. C. A. 5th Cir. Certiorari granted.

No. 79-1794. MICHIGAN *v.* SUMMERS. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79-1997. CONNECTICUT BOARD OF PARDONS ET AL. *v.* DUMSCHAT ET AL. C. A. 2d Cir. Motion of respondents Brown and Czaja for leave to proceed *in forma pauperis* and certiorari granted.

No. 79-2030. BOSTICK ET AL. *v.* BOORSTIN, LIBRARIAN OF CONGRESS. C. A. D. C. Cir. Certiorari denied.

No. 79-2064. WALDBAUM *v.* FAIRCHILD PUBLICATIONS, INC. C. A. D. C. Cir. Certiorari denied.

No. 79-6848. CARVER *v.* McELROY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 79-6856. CHEERS *v.* SECRETARY OF HEALTH AND HU- MAN SERVICES. C. A. 7th Cir. Certiorari denied.